MICHAEL TARTSINIS *v.* WESTCORR CORPORATION

The defendant's petition for certification for appeal from the Appellate Court is denied.

*James W. Sherman,* in support of the petition.

*Santa C. Angelica,* in opposition.

Decided December 6, 1991

BRISTOL FEDERAL SAVINGS BANK *v.* DOROTHY E. GAGNON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court is denied.

*Dorothy E. Gagnon,* pro se, in support of the petition.

*Mark Ziogas,* in opposition.

Decided December 11, 1991

TERRENCE BIGGS *v.* WARDEN, STATE PRISON

The petitioner Terrence Biggs' petition for certification for appeal from the Appellate Court, 26 Conn. App. 52, is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided December 11, 1991